JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO OROZCO, | CV 14-8188 PA (AJWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| Juan Manuel Navarro, et al., | |
| Defendants. | |

Pursuant to the Court's Order granting plaintiff Ignacio Orozco's ("Plaintiff") Motion for Entry of Default Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff shall have judgment in his favor against defendants Juan Manuel Navarro ("Navarro") and Jose Diosdado ("Diosdado") (collectively "Defendants").

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants and their respective agents, servants, employees, and co-venturers, and all persons in active concert or participation with Defendants who receive actual notice of this order by personal

service or otherwise are hereby PERMANENTLY ENJOINED from engaging in or performing any of the following acts:

    (1) Using the name VIENTO Y SOL or any confusingly similar name in connection with advertising in any form or in connection with the goods or services of Defendants or any of them;

    (2) Causing a likelihood of confusion, deception, or mistake as to the makeup, source, nature, or quality of Plaintiff's or Defendants' services;

    (3) Contacting promoters, advertisers, or other businesses for the purpose of offering the services of Defendants as VIENTO Y SOL or any confusingly similar name.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants and their respective agents, servants, employees, and co-venturers, and all persons in active concert or participation with Defendants who receive actual notice of this order by personal service or otherwise shall remove and destroy all promotional literature, advertising, goods, internet postings (including without limitation Facebook postings, YouTube uploads, YouTube postings, and YouTube channels) and other materials relating to Defendants, or any of them, or any musical group associated with them, which use the words VIENTO Y SOL on or in connection with such advertising, goods, postings, uploads, or other materials within seven (7) days following receipt of such actual notice of this Judgment, and to provide Plaintiff's counsel with evidence of such removal and destruction within the same seven (7) day period following receipt of notice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that violation of the permanent injunction included in this Judgment by the persons enjoined herein who receive actual notice of the Judgment may constitute contempt of court, and Plaintiff shall be entitled to seek recovery or all reasonable costs and attorney's fees expended in bringing a contempt motion.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is awarded his costs of suit in an amount to be determined by the Clerk of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that The Court shall retain jurisdiction to enforce the permanent injunction included in this Judgment.

DATED: February 18, 2015

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE

**JS-6**